**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RYLEY GRIFFIN,

    Plaintiff,

v.                                  Case No. 6:23-cv-45-WWB-LHP

HEALTH FIRST, INC. and ADVANCED
COLLECTION BUREAU, INC.,

    Defendants.

---

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on February 27, 2023.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record